## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| ANTHONY IVEY, | : |
| Plaintiff, | : |
| v. | : 1:06-CV-19 (WLS) |
| Warden CYNTHIA NELSON, ET. AL., | : |
| Defendants. | : |

## **O R D E R**

Before the Court is the Report and Recommendation from United States Magistrate Richard L. Hodge (Doc. No. 33), filed February 7, 2007. It is recommended that Defendants' motion for summary judgment (Doc. No. 16) on Plaintiff's § 1983 complaint be **GRANTED** and Plaintiff's motion for summary judgment (Doc. No. 21) be **DENIED.** Plaintiff has filed a timely objection to the Report and Recommendation.

Plaintiff's objection consists of a one page statement stating only that he wishes that this Court "alter of [sic] amend" the recommendation of the Magistrate Judge. Plaintiff does not in any way demonstrate or argue why the Magistrate Judge's recommendation is wrong or otherwise should not be adopted. Accordingly, the Court does not find that the recommendation is erroneous.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, and for the reason of the findings and reasons set out herein. Accordingly, Defendant's motion to for summary judgment (Doc. No. 16) is **GRANTED** and Plaintiff's motion for summary judgment (Doc. No. 21) is **DENIED.**

SO ORDERED, this  2nd  day of March, 2007.

      /s/W. Louis Sands
      **W. Louis Sands, Judge**
      **United States District Court**